UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON,<br><br>             Plaintiff,<br><br>     v.<br><br>WARDEN ROBERT A. FOX, et al.,<br><br>             Defendants. | No.  2:16-cv-1912 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se.  On August 19, 2016, the undersigned recommended that this action be dismissed as duplicative of plaintiff's complaint in case No. 2:15-cv-1500 CMK.  On August 25, 2016, plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On September 1, 2016, plaintiff did not file objections, but filed a request to explain the delay in Case No. 2:15-cv-1500 CMK.  Plaintiff's request was filed in both this case and Case No. 2:15-cv-1500 CMK, and plaintiff's request is more appropriately addressed in Case No. 2:15-cv-1500 CMK.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall remove the district judge assignment;

2. The undersigned adopts the August 19, 2016 findings (ECF No. 4); and

////

////

1

3. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated: September 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lang1912.23jo